HAWKINS, DELAFIELD & WOOD, Respondent, et al., Plaintiffs, *v.* NEW YORK WATER SERVICE CORPORATION, Appellant, et al., Defendants.

Argued November 22, 1950; decided January 18, 1951.

*Milton S. Gould* and *George Trosk* for appellant.

*John T. Cahill, Harold S. Glendening* and *Thomas C. Mason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.